2 A.3d 471

**SLIPPERY ROCK AREA SCHOOL DISTRICT, Petitioner**

v.

**PENNSYLVANIA CYBER CHARTER SCHOOL, Respondent.**

Supreme Court of Pennsylvania.

Aug. 3, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of August, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether, pursuant to the Public School Code, 24 P.S. §§ 1–101 to 27–2702, and the Charter School Law, 24 P.S. §§ 17–1701–A to 17–1751–A, a school district that has exercised its discretion not to provide a kindergarten program to four-year-old students within its district is nevertheless obligated to fund a kindergarten program provided by a cyber charter school for a four-year-old student residing within that same district?